**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Alonso RAMIREZ–ORNELAS,
Defendant—Appellant.**

**No. 08–10004.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed July 1, 2011.

Glenn B. McCormick, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Alonso Ramirez–Ornelas, CADC–Central Arizona Detention Center, Florence, AZ, Sonja Solange Wolf, Esq., Law Offices of Sonja Wolf, Phoenix, AZ, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Alonso Ramirez–Ornelas appeals from his guilty-plea conviction and 87–month sentence for conspiracy to possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(vii). Pursuant to *Anders v. California,* 386 U.S.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ramirez–Ornelas's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.